IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD CHAVIS, SR.,

        Petitioner,                    No. CIV S-08-1431 JAM EFB P

        vs.

DIRECTOR OF THE CALIFORNIA
DEPARTMENT OF CORRECTIONS,

        Respondents.              ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.

        Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

        A petitioner seeking a writ of habeas corpus must name as respondent the person having custody over him. 28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases. This person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). Petitioner names as respondent the Director of the California Department of Corrections and Rehabilitation, who does not have custody over petitioner. Petitioner has not named the proper respondent.

Accordingly, it is ORDERED that:

1. Petitioner's request for leave to proceed *in forma pauperis* is granted; and,

2. The June 23, 2008, petition is dismissed with leave to file an amended petition naming the proper respondent within 30 days of the date of this order. Petitioner's failure to file an amended petition will result in a recommendation that this action be dismissed without prejudice. The Clerk of the Court is directed to send to petitioner the form Petition for a Writ of Habeas Corpus used in this court.

Dated: December 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE